B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Romero, Raul** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7409** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3410 Majestic Oaks Dr.**<br>**Saint Charles, IL**<br>ZIP Code **60174** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Romero, Raul** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of IL** | Case Number:<br>**09-47131** | Date Filed:<br>**12/14/09** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Joseph Wrobel**                                          **December 29, 2010**<br>Signature of Attorney for Debtor(s)                         (Date)<br>**Joseph Wrobel 3078256** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                      Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Romero, Raul** |

### Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raul Romero**
_____
Signature of Debtor **Raul Romero**

X
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 29, 2010**
_____
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

X **/s/ Joseph Wrobel**
_____
Signature of Attorney for Debtor(s)

**Joseph Wrobel 3078256**
_____
Printed Name of Attorney for Debtor(s)

**Joseph Wrobel, Ltd.**
_____
Firm Name

**105 West Madison Street**
**Suite 700**
**Chicago, IL 60602**
_____
Address

**josephwrobel@chicagobankruptcy.com**
**312.781.0996  Fax: 312.606.0413**
_____
Telephone Number

**December 29, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
<td></td>
</tr>
</table>

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Raul Romero**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Raul Romero**
                            **Raul Romero**

Date:  **December 29, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Raul Romero**

_____ ,
                                              Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 799,000.00 | | |
| B - Personal Property | Yes | 3 | 2,217.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,060,244.79 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 97,815.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 1,352,535.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,967.66 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,601.00 |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 801,217.00 | | |
| Total Liabilities | | | | 2,510,595.33 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Raul Romero**
_____,    Case No. _____

Debtor                              Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 97,815.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 97,815.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,967.66 |
| Average Expenses (from Schedule J, Line 18) | 6,601.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,849.20 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 261,244.79 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 97,815.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,352,535.54 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,613,780.33 |

B6A (Official Form 6A) (12/07)

.

In re    **Raul Romero**                                                                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **House; Location: 3410 Majestic Oaks Dr., Saint Charles IL 60174** | **Fee simple** | **J** | **799,000.00** | **Unknown** |

|  | Sub-Total > | **799,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **799,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                 Best Case Bankruptcy

In re   **Raul Romero** _____   Case No. _____

Debtor(s)

# SCHEDULE A - REAL PROPERTY
## Attachment A

**Debtor and ex-wife obtained divorce on September 22, 2009 in the case of "Anne V. Romero, Petitioner and Raul Romero, Respondent, Case No. 08D1213 in the Circuit Court of the Sixteenth Judicial Circuit, Kane County, IL**

**According to the divorce decree Debtor was required to convey a quit claim deed to Anne Romero conveying all of his interest in the marital residence.**

**To date, Debtor has not conveyed his interest in the marital residence to Anne Romero.**

B6B (Official Form 6B) (12/07)

.

In re    **Raul Romero**                                    ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Personal Funds** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account ending in 1145 Charter One Financial, Inc. 1215 Superior Ave Cleveland, OH 44114** | - | 150.00 |
| | | **Checking Acct No. 14011553 West Suburban Bank 1061 W. Stearns Rd Bartlett, IL 60103** | J | 67.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Micellaneous personal possessions** | - | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Micellaneous used clothing - fully depreciated** | - | 400.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       2,217.00
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Raul Romero**
_____,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% common stock in Compass Mechanical Services, Inc. in possession of debtor Compass Mechanical Services Filed Chapter 11 on 12/14/09 Case No. 09-47131** | - | 0.00 |
| | | **49% common stock of Enhanced Air Solutions, Inc. in possession of debtor** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     0.00
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Raul Romero**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)
Total >       2,217.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Raul Romero**                                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                 $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                          *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Personal Funds** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account ending in 1145** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Charter One Financial, Inc.** | | | |
| **1215 Superior Ave** | | | |
| **Cleveland, OH 44114** | | | |
| **Checking Acct No. 14011553** | **735 ILCS 5/12-1001(b)** | **67.00** | **67.00** |
| **West Suburban Bank** | | | |
| **1061 W. Stearns Rd** | | | |
| **Bartlett, IL 60103** | | | |
| **Household Goods and Furnishings** | | | |
| **Micellaneous personal possessions** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Micellaneous used clothing - fully depreciated** | **735 ILCS 5/12-1001(a)** | **400.00** | **400.00** |

|  | Total: | **2,217.00** | **2,217.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Raul Romero**                                                    ,     Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Sept 2009** | | | | | |
| **Creditor #: 1** **Anne Romero** **3410 Majestic Oaks Lane** **Saint Charles, IL 60174** | | - | **Equitable Interest pursuant to Divorce Decree** **House; Location: 3410 Majestic Oaks Dr., Saint Charles IL 60174** | | | | | |
| | | | Value $                          **799,000.00** | | | | **Unknown** | **Unknown** |
| Account No. xxxxxxxxxx-x0001 | | | **Mortgage** | | | | | |
| **Creditor #: 2** **Banco Popular** **PO Box 4503** **Oak Park, IL 60303** | X | - | **House; Location: 3410 Majestic Oaks Dr., Saint Charles IL 60174** | | | | | |
| | | | Value $                          **799,000.00** | | | | **73,040.00** | **0.00** |
| Account No. | | | | | | | | |
| **Bank Popular De Pue** **7 W 51st St** **New York, NY 10019** | | | **Representing:** **Banco Popular** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. xxxxx xx 5386 | | | **Mortgage** | | | | | |
| **Creditor #: 3** **Bayview Loan Servicing LLC** **Customer Service** **4425 Ponce De Leon Blvd** **Miami, FL 33146** | X | - | **House; Location: 3410 Majestic Oaks Dr., Saint Charles IL 60174** | | | | | |
| | | | Value $                          **799,000.00** | | | | **669,460.00** | **0.00** |

  **2**   continuation sheets attached

Subtotal                            **742,500.00**        **0.00**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Raul Romero**                                          ,          Case No. _____
                                                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |  |
| Account No. | | | | Representing: | | | | | |
| Interbay Funding LLC 2601 S. Bayshore Drive 4th Floor Miami, FL 33133 | | | | Bayview Loan Servicing LLC | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. xxxxxx6455 | | | | Mortgage | | | | | |
| Creditor #: 4 West Suburban Bank 711 S. Westmore/Meyers Rd Lombard, IL 60148 | X | - | | House; Location: 3410 Majestic Oaks Dr., Saint Charles IL 60174 | | | | | |
| | | | | Value $          799,000.00 | | | | 108,872.79 | 52,372.79 |
| Account No. xxxxxx1291 | | | | Mortgage | | | | | |
| Creditor #: 5 West Suburban Bank 711 S. Westmore/Meyers Road Lombard, IL 60148 | X | - | | House; Location: 3410 Majestic Oaks Dr., Saint Charles IL 60174 | | | | | |
| | | | | Value $          799,000.00 | | | | 50,000.00 | 50,000.00 |
| Account No. | | | | Representing: | | | | | |
| Enhanced Air Solutions, Inc. 407 Belmont Lane Bartlett, IL 60103 | | | | West Suburban Bank | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. xxxxxx6455 | | | | April 2010 Business loan secured by blanket lien 50% common stock in Compass Mechanical Services, Inc. | | | | | |
| Creditor #: 6 West Suburban Bank 711 S. Westmore/Meyers Road Lombard, IL 60148 | | - | | in possession of debtor Compass Mechanical Services Filed Chapter 11 on 12/14/09 Case No. 09-47131 | | | | | |
| | | | | Value $          0.00 | | | | 108,872.00 | 108,872.00 |
| Sheet __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | Subtotal (Total of this page) | | | | 267,744.79 | 211,244.79 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Raul Romero**
_____ ,   Case No. _____
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1291**<br><br>**Creditor #: 7**<br>**West Suburban Bank**<br>**711 S. Westmore/Meyers Road**<br>**Lombard, IL 60148** | - | | **July 2009**<br><br>**Business loan secured by blanket lien**<br><br>**49% common stock of Enhanced Air Solutions, Inc.**<br>**in possession of debtor** | | | | | |
| | | | Value $                          **0.00** | | | | **50,000.00** | **50,000.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **50,000.00** | **50,000.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,060,244.79** | **261,244.79** |

B6E (Official Form 6E) (4/10)

.

In re   **Raul Romero**                                                                                   Case No. _____

,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**____ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Raul Romero**                                                              ,    Case No. _____
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1 Anne Romero 3410 Majestic Oaks Lane Saint Charles, IL 60174** | - | | **September 2009** **divorce decree requires quit claim of debtor's interest in marital residence** | | | | 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Raul Romero**                                                  ,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7409** | | | **2008-09** | | | | | | |
| **Creditor #: 2** **Internal Revenue Service** P.O. Box 21126 Philadelphia, PA 19114 | X | - | **Employment Taxes** | | | | | **0.00** | |
| | | | | | | | **97,815.00** | | **97,815.00** |
| Account No. **7409** | | | | | | | | | |
| **Internal Revenue Service** **ACS Support - Stop 813G** PO Box 145566 Cincinnati, OH 45250 | | | **Representing:** **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **97,815.00** | **97,815.00** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **97,815.00** | **97,815.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Raul Romero**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **x0949**<br><br>**Creditor #: 1**<br>**Air Products**<br>**1555 Louis Ave**<br>**Elk Grove Village, IL 60007** | | - | | | **Corp Debt - Possible Claim** | | | | **3,067.00** |
| Account No.<br><br>**Creditor #: 2**<br>**Allocco, Miller & Cahill**<br>**3409 N. Paulina St.**<br>**Chicago, IL 60657** | | - | | | **Legal Services** | | | | **Unknown** |
| Account No. **xxxx-xxxxxx-x2001**<br><br>**Creditor #: 3**<br>**American Express**<br>**Customer Service**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | | - | | | **Credit Card Purchases** | | | | **17,370.57** |
| Account No. **72001**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | | | | | **Representing:**<br>**American Express** | | | | **Notice Only** |

| | | |
|---|---|---|
| __28__  continuation sheets attached | Subtotal<br>(Total of this page) | **20,437.57** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:27995-101118   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Raul Romero**                                                                    ,     Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **371276493972001** <br><br> **Jaffe & Asher** <br> **600 Third Ave** <br> **New York, NY 10016** | | | **Representing:** <br> **American Express** | | | | **Notice Only** |
| Account No. **72001** <br><br> **Nationwide Credit Inc.** <br> **4700 Vestal Pkwy E** <br> **Vestal, NY 13850-3770** | | | **Representing:** <br> **American Express** | | | | **Notice Only** |
| Account No. **xxxx-xxxxxx-x4009** <br><br> **Creditor #: 4** <br> **American Express** <br> **PO Box 105278** <br> **Atlanta, GA 30348-5278** | - | | **Credit Card Purchases** | | | | **17,588.11** |
| Account No. **xxxxxxxxxxxxxxx** <br><br> **Creditor #: 5** <br> **American Express** <br> **PO Box 981537** <br> **El Paso, TX 79998** | - | | **Credit card purchases** | | | | **17,370.00** |
| Account No. **xxxxxxxxxxxxxxx** <br><br> **Creditor #: 6** <br> **American Express** <br> **PO Box 981537** | - | | **Credit card purchases** | | | | **Unknown** |

Sheet no. __**1**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,958.11**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                                            ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx-xx2014** | | | | | Credit card purchases | | | | |
| Creditor #: 7 **Anderson Financial Network** PO Box 3097 Bloomington, IL 61702 | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Anderson Financial Network** 404 Brock Drive Bloomington, IL 61702 | | | | | Representing: **Anderson Financial Network** | | | | **Notice Only** |
| Account No. | | | | | Corp Debt, Possible claim for indemnity | | | | |
| Creditor #: 8 **Anne Romero** 3410 Majestic Oaks Lane Saint Charles, IL 60174 | - | | | | | | | | **148,514.64** |
| Account No. | | | | | Corp, debt, Possible Claim | | | | |
| Creditor #: 9 **Associated Equipment** 1455 Brummel Ave #100 Elk Grove Village, IL 60007 | - | | | | | | | | **6,200.00** |
| Account No. **xxxx-xxxx-xxxx-8950** | | | | | Credit Card Purchases | | | | |
| Creditor #: 10 **AT&T Universal** c/o Northland Group P.O. Box 390905 Edina, MN 55439 | - | | | | | | | | **14,728.07** |

Sheet no. __2__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**169,442.71**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**
_____,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5491130344818950** | | | | Representing: | | | | |
| **AT&T Universal** **PO Box 6500** **Sioux Falls, SD 57117-6500** | | | | **AT&T Universal** | | | | **Notice Only** |
| Account No. **xx5988** | | | | Corp debt, Possible Claim | | | | |
| **Creditor #: 11** **Aurora Tri-State** **1080 Corporate Blvd** **Aurora, IL 60502** | | - | | | | | | **2,417.35** |
| Account No. **xx-xx-5080** | | | | Legal Claims | | | | |
| **Creditor #: 12** **Bd Trustees Pipe Fitters # 597** **Retirement Fund c/o Johnson** **300 S. Wacker, #1313** **Chicago, IL 60606** | X | - | | | | | | **133,148.00** |
| Account No. | | | | Representing: | | | | |
| **Bd Trustees Pipe Fitters # 597** **Welfare Fund, c/o Johnson & Krol** **300 S. Wacker Dr., 1313** **Chicago, IL 60606** | | | | **Bd Trustees Pipe Fitters # 597** | | | | **Notice Only** |
| Account No. | | | | Representing: | | | | |
| **Bd Trustees Pipe Fitters # 597** **Mech Cont Inds Improv Trust** **Johnson, 300 S. Wacker Dr., 1313** **Chicago, IL 60606** | | | | **Bd Trustees Pipe Fitters # 597** | | | | **Notice Only** |

Sheet no. __**3**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**135,565.35**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raul Romero**                                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Bd Trustees Pipe Fitters 597 Training Fund c/o Johnson & Krol 300 S. Wacker Dr., 1313 Chicago, IL 60606** | | | Representing: **Bd Trustees Pipe Fitters # 597** | | | | **Notice Only** |
| Account No. **Bd Trustees Pipe Fitting Counsel Greater Chicago Johnson, 300 S. Wacker Dr., 1313 Chicago, IL 60606** | | | Representing: **Bd Trustees Pipe Fitters # 597** | | | | **Notice Only** |
| Account No. **Pipe Fitters Ass, 597 UA Bd Trustees Indiv Acct & 401(k) Johnson, 300 S. Wacker Dr., 1313 Chicago, IL 60606** | | | Representing: **Bd Trustees Pipe Fitters # 597** | | | | **Notice Only** |
| Account No. xxxxxxxxxxx8674 **Creditor #: 13 Blockbuster c/o National Action Financial Ser PO Box 9027 Buffalo, NY 14231** | - | | **Video Rental** | | | | **64.00** |
| Account No. xx2794 **Creditor #: 14 Bornquest Inc 4050 Lehigh Ave Chicago, IL 60646** | X - | | **Corp Debt, Possible Claim** | | | | **2,841.43** |

Sheet no. __4__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **2,905.43**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                                                    ,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4160** | | | Corp debt, Possible Claim | | | | |
| **Creditor #: 15**<br>**Brucker Co**<br>**PO Box 5940 Dept 20-1042**<br>**Carol Stream, IL 60197** | | - | | | | | **1,413.50** |
| Account No. | | | Corp debt, Possible Claim | | | | |
| **Creditor #: 16**<br>**BTU Company**<br>**770 Pasquinelli Dr #414**<br>**Westmont, IL 60559** | | - | | | | | **7,641.68** |
| Account No. | | | Corp debt, Possible Claim | | | | |
| **Creditor #: 17**<br>**Cambridge Engineering**<br>**PO Box 419161**<br>**Creve Coeur, MO 63141** | | - | | | | | **1,112.56** |
| Account No. **xxxx-xxxx-xxxx-7684** | | | Credit Card Purchases | | | | |
| **Creditor #: 18**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | - | | | | | **4,090.00** |
| Account No. | | | Representing:<br>**Capital One** | | | | |
| **Capital One**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | | | | | | | **Notice Only** |

Sheet no. __**5**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **14,257.74**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Raul Romero**
_____,          Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Capital One**<br>**PO Box 60067**<br>**City of Industry, CA 91716** | | | Representing:<br>**Capital One** | | | | **Notice Only** |
| Account No. **xx0538** | | | Corp debt, Possible Claim | | | | |
| **Creditor #: 19**<br>**Centimark**<br>**PO Box 360093**<br>**Pittsburgh, PA 15251** | - | | | | | | **384.25** |
| Account No. **xxxx-xxxx-xxxx-4378** | | | Credit Card Purchases | | | | |
| **Creditor #: 20**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | - | | | | | | **5,872.00** |
| Account No. | | | | | | | |
| **Cardmember Services**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | | Representing:<br>**Chase** | | | | **Notice Only** |
| Account No. **5416570341944378** | | | | | | | |
| **Chase**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | | | Representing:<br>**Chase** | | | | **Notice Only** |

Sheet no. __6___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,256.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5416570341944378** <br><br> **Chase Bank** <br> **PO Box 15519** <br> **Wilmington, DE 19850-5519** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. <br><br> **Equable Ascent Finance** <br> **5 Revere Dr.** <br> **Ste 206** <br> **Northbrook, IL 60062** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-2851** <br><br> **Creditor #: 21** <br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | - | | **Credit Card Purchases** | | | | **4,483.00** |
| Account No. <br><br> **Cardmember Services** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. **xxxxxxxxx** <br><br> **Creditor #: 22** <br> **Chase** <br> **802 Delaware Ave** <br> **Wilmington, DE 19801** | - | | **Credit card purchases** | | | | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __**7**___ of __**28**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **4,483.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                              ,      Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx** <br><br> **Creditor #: 23** <br> **Chase** <br> **802 Delaware Ave** <br> **Wilmington, DE 19801** | | - | **Credit card purchases** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxxx** <br><br> **Creditor #: 24** <br> **Chase** <br> **800 Brooksedge Blvd.** <br> **Westerville, OH 43081** | | - | **Credit card purchases** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx** <br><br> **Creditor #: 25** <br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | - | **Credit card purchases** | | | | **609.00** |
| Account No. **xxxx-xxxx-xxxx-6509** <br><br> **Creditor #: 26** <br> **Chase Card Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | - | **Credit Card Purchases** | | | | **10,837.00** |
| Account No. <br><br> **Cardmember Services** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | | **Representing:** <br> **Chase Card Services** | | | | **Notice Only** |

Sheet no. __**8**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,446.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Raul Romero**                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-5080** | | | **lawsuit** | | | | |
| **Creditor #: 27** **Chgo Area Mech Cont Ind Impr Trust** **c/o Johnson & Krol, LLC** **300 S. Wacker Drive** **Chicago, IL 60606** | X | - | | | | | **133,148.00** |
| Account No. **xxxxxxx7636** | | | **Credit card purchases** | | | | |
| **Creditor #: 28** **Citibank** **PO Box 6241** **Sioux Falls, SD 57117-6241** | | - | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-8020** | | | **Credit Card Purchases** | | | | |
| **Creditor #: 29** **Citibank SD NA** **PO Box 6241** **Sioux Falls, SD 57117** | | - | | | | | **12,493.00** |
| Account No. | | | | | | | |
| **Citi Cards** **PO Box 688901** **Des Moines, IA 50368** | | | **Representing:** **Citibank SD NA** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Northland Group** **PO Box 390905** **Edine, MN 55439** | | | **Representing:** **Citibank SD NA** | | | | **Notice Only** |

Sheet no. __**9**___ of __**28**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **145,641.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                          ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Creditor #: 30** <br>**Compass Mechanical Services, Inc.** <br>**c/o Joseph A. Matz & Assoc** <br>**1 Trans -AM Plaza Dr., 430** <br>**Villa Park, IL 60181** | - | | **Corp debt, Possible Claims** | | | | **Unknown** |
| Account No. **x1884** <br><br>**Creditor #: 31** <br>**Complete Balancing Srvc** <br>**4098 N 525 W** <br>**La Porte, IN 46350** | - | | **Corp debt, Possible Claim** | | | | **980.00** |
| Account No. <br><br>**Creditor #: 32** <br>**Delta-Therm** <br>**398 W. Liberty St** <br>**PO Box 345** <br>**Wauconda, IL 60084** | - | | **Corp debt, Possible Claim** | | | | **2,605.21** |
| Account No. <br><br>**Creditor #: 33** <br>**Dina Wojciechowski** <br>**1820 Quaker Hollow Lane** <br>**Streamwood, IL 60107** | - | | **Contract Claim** | | | | **Unknown** |
| Account No. <br><br>**Dina Wojciechowski** <br>**407 Belmont Lane** <br>**Bartlett, IL 60103** | | | **Representing:** <br>**Dina Wojciechowski** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __10__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | **3,585.21** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                                                          ,          Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 34** **Dreisllker** **36249 Treasury Ctr** **Chicago, IL 60694** | X | - | | | | | | 1,872.56 |
| Account No. | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 35** **EIP Tamco Distributors** **2200 W. Higgins Rd Ste 355** **Hoffman Estates, IL 60169** | X | - | | | | | | 261.80 |
| Account No. | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 36** **Encompass Technologies Ltd** **2542 N. Ridge Ave** **Arlington Heights, IL 60004** | X | - | | | | | | 2,000.00 |
| Account No. | | | | corp debt, Possible Claims | | | | |
| **Creditor #: 37** **Enhanced Air Solutions, Inc.** **407 Belmont Lane** **Bartlett, IL 60103** | | - | | | | | | Unknown |
| Account No. | | | | **Representing:** **Enhanced Air Solutions, Inc.** | | | | |
| **Michael Wojciechowski** **407 Belmont Lane** **Bartlett, IL 60103** | | | | | | | | Notice Only |

Sheet no. __11__ of __28__ sheets attached to Schedule of                      Subtotal          4,134.36
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**
                                                                    ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx4963** | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 38** **Enterprise Fleet Services** **395 Roosevelt Rd** **Glen Ellyn, IL 60137** | X | - | | | | | | 6,100.00 |
| Account No. **xxxx01-00** | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 39** **Excelsior** **1846 Collection Ctr Dr** **Chicago, IL 60693** | | - | | | | | | 1,354.16 |
| Account No. **x8519** | | | | Credit card purchases | | | | |
| **Creditor #: 40** **Express** **PO Box 182789** **Columbus, OH 43218** | | - | | | | | | Unknown |
| Account No. **xxxx-x040-0** | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 41** **Federal Express** **PO Box 94515** **Palatine, IL 60094** | | - | | | | | | 309.51 |
| Account No. **x4532** | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 42** **Ferguson Enterprises** **1401 N. Cicero** **Chicago, IL 60651** | X | - | | | | | | 262.10 |

Sheet no. __**12**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,025.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                                  ,     Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Creditor #: 43**<br>**Fernando Olague**<br>**9709 S. 52nd Ave**<br>**Oak Lawn, IL 60453** | - | | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-2247** | | | | Credit card purchases | | | | |
| **Creditor #: 44**<br>**First Equity**<br>**PO Box 23029**<br>**Columbus, GA 31902-3029** | X | - | | | | | | |
| | | | | | | | | **8,846.20** |
| Account No. **x2044** | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 45**<br>**Flifer Services Illinois**<br>**2555 United Lane**<br>**Elk Grove Village, IL 60007** | X | - | | | | | | |
| | | | | | | | | **1,317.36** |
| Account No. | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 46**<br>**Floyd Steel Erectors**<br>**310 Reichert Rd**<br>**Wood Dale, IL 60191** | X | - | | | | | | |
| | | | | | | | | **1,250.00** |
| Account No. **xxxxx5700** | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 47**<br>**Fluid Air Products**<br>**7535 Plaza Ct**<br>**Willowbrook, IL 60527** | X | - | | | | | | |
| | | | | | | | | **3,744.50** |

Sheet no. __13__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 15,158.06 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raul Romero**                                                          ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx7824** | | | | | **Car Lease** **2008 Lincoln MKX (Surrendered)** | | | | |
| **Creditor #: 48** **Ford Motor Credit** **PO Box 542000** **Omaha, NE 68154-8000** | X | - | | | | | | | |
| | | | | | | | | | **3,400.00** |
| Account No. | | | | | **Car Lease** **2009 Llincoln MKX (Surrendered)** | | | | |
| **Creditor #: 49** **Ford Motor Credit** **Drawer 55-953** **PO Box 55000** **Detroit, MI 48255** | X | - | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Attorneys Fees - corporate debt - guaranteed by debtor** | | | | |
| **Creditor #: 50** **Forrest L. Ingram, PC** **79 W Monroe St.** **Ste 900** **Chicago, IL 60603** | X | - | | | | | | | |
| | | | | | | | | | **24,659.42** |
| Account No. **xxxxx5700** | | | | | **corp debt, Possible Claim** | | | | |
| **Creditor #: 51** **Grainger** **Dept 885645873** **Palatine, IL 60038** | X | - | | | | | | | |
| | | | | | | | | | **4,745.88** |
| Account No. **xxxx7749** | | | | | **corp debt, Possible Claim** | | | | |
| **Creditor #: 52** **Hilti Inc** **PO Box 382002** **Pittsburgh, PA 15250** | X | - | | | | | | | |
| | | | | | | | | | **997.00** |

Sheet no. __**14**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,802.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                              Case No. _____
_____,
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7749**  Creditor #: 53 **Home  Depot Credit Services PO Box 6029 Dept 32-2003977950 The Lakes, NV 88901-6029** | X | - | corp debt, Possible Claim | | | | **1,882.39** |
| Account No. **xxxxxxxx1131**  Creditor #: 54 **HSBC Carson PO Box 15524 Wilmington, DE 19850** | | - | Credit card purchases | | | | **Unknown** |
| Account No. **329**  Creditor #: 55 **I.C.E Inc 305 Van Buren Rd Bolivar, TN 38008** | X | - | corp debt, Possible Claim | | | | **531.52** |
| Account No. **xxx6328**  Creditor #: 56 **Illinois Dept. of Employment Securi Attn: Levish Holt 33 S. State St. 10th Floor Chicago, IL 60603** | | - | corp debt, Possible Claim | | | | **4,550.20** |
| Account No. **xxxx1060**  Creditor #: 57 **Johnson Controls Inc PO Box 730743 Dallas, TX 75373** | | - | corp debt, Possible Claim | | | | **103.23** |

Sheet no. __**15**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,067.34**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                                                    ,          Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4035**<br><br>**Creditor #: 58**<br>**Johnstone Supply**<br>**480 Industrial Dr. #116**<br>**Naperville, IL 60563** | X | - | corp debt, Possible Claim | | | | 11,497.03 |
| Account No. **x2039**<br><br>**Creditor #: 59**<br>**Johnstone Supply**<br>**145 Lively Blvd**<br>**Elk Grove Village, IL 60007** | X | - | corp debt, Possible Claim | | | | 4,521.45 |
| Account No. **xx3318**<br><br>**Creditor #: 60**<br>**Johnstone Supply**<br>**6153 W. Mulford St**<br>**Naperville, IL 60563** | X | - | corp debt, Possible Claim | | | | 2,918.96 |
| Account No.<br><br>**Creditor #: 61**<br>**Joseph A. Matz & Associates**<br>**1 Trans AM Plaza Drive**<br>**Ste 430**<br>**Villa Park, IL 60181** | | - | corp debt, possible claim | | | | Unknown |
| Account No. **xxxxx1580**<br><br>**Creditor #: 62**<br>**Liebert Corp**<br>**PO Box 70474**<br>**Chicago, IL 60673** | X | - | corp debt, Possible Claim | | | | 47,102.48 |

| Sheet no. **16** of **28** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 66,039.92 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Raul Romero**                                             ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3282** <br><br> **Creditor #: 63** <br> **Lift Works** <br> **1130 Carolina Unit F** <br> **West Chicago, IL 60185** | X | - | corp debt, Possible Claim | | | | 1,837.50 |
| Account No. **xxxxx-0114** <br><br> **Creditor #: 64** <br> **Lift-a-Loft** <br> **1122 Elizabeth Ave** <br> **Waukegan, IL 60085** | X | - | corp debt, Possible Claim | | | | 486.10 |
| Account No. **x4088** <br><br> **Creditor #: 65** <br> **Limited Too** <br> **PO Box 182789** <br> **Columbus, OH 43218** | | - | Credit card purchases | | | | Unknown |
| Account No. <br><br> **Creditor #: 66** <br> **Master Solutions** <br> **1238 Highland Ave Ste C** <br> **Lombard, IL 60148** | X | - | corp debt, Possible Claim | | | | 315.00 |
| Account No. **x4122** <br><br> **Creditor #: 67** <br> **McClean Thermal Pentair** <br> **Dept CH 14197** <br> **Palatine, IL 60055** | X | - | corp debt, possible Claim | | | | 1,860.54 |

Sheet no. __17__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,499.14

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Raul Romero**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **T26** | | | | corp debt, Possible Claim | | | | |
| **Creditor #: 68 MFH Associates 111 N Canal/Lobby NW Chicago, IL 60606** | X | - | | | | | | 1,000.00 |
| Account No. | | | | corp debt, Possible Claims | | | | |
| **Creditor #: 69 Michael Wojciechowski 407 Belmont Lane Bartlett, IL 60103** | | - | | | | | | Unknown |
| Account No. | | | | Representing: | | | | |
| **Michael Wojciechowski 1820 Quaker Hollow Lane Streamwood, IL 60107** | | | | **Michael Wojciechowski** | | | | Notice Only |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 70 Moving On Up 708 Bonded Pkwy Streamwood, IL 60107** | X | - | | | | | | 295.00 |
| Account No. | | | | Trade debt | | | | |
| **Creditor #: 71 Neopost Inc PO Box 45800 San Francisco, CA 94145** | X | - | | | | | | 213.57 |

Sheet no. **18** of **28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,508.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Romero**                                                    ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x5539** | | | | Credit card purchases | | | | |
| **Creditor #: 72**<br>**New York  & Company**<br>**PO Box 182789**<br>**Columbus, OH 43218** | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **5461** | | | | Trade debt | | | | |
| **Creditor #: 73**<br>**Newmark Construction**<br>**PO Box 388703**<br>**Chicago, IL 60638** | X | - | | | | | | |
| | | | | | | | | **2,441.88** |
| Account No. **xxxx xxxx xxxxxx: 5954** | | | | Trade debt | | | | |
| **Creditor #: 74**<br>**Nicor**<br>**PO Box 0632**<br>**Aurora, IL 60507** | X | - | | | | | | |
| | | | | | | | | **337.98** |
| Account No. **8088** | | | | Trade debt | | | | |
| **Creditor #: 75**<br>**Outside Legal Counsel Ltd**<br>**2135 City Gate Lane Ste 300**<br>**Naperville, IL 60563** | X | - | | | | | | |
| | | | | | | | | **729.50** |
| Account No. **xx xx 5080** | | | | lawsuit | | | | |
| **Creditor #: 76**<br>**Pipe Fitters Retirement Fund #597**<br>**c/o Johnson & Krol LLC**<br>**300 S. Wacker Dr.**<br>**Chicago, IL 60606** | X | - | | | | | | |
| | | | | | | | | **133,147.66** |

Sheet no. **19** of **28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**136,657.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Raul Romero**                                                              ,        Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pipe Fitters 597** <br> **45 N. Ogden Ave** <br> **Chicago, IL 60607** | | | **Representing:** <br> **Pipe Fitters Retirement Fund #597** | | | | **Notice Only** |
| Account No. <br><br> **Pipe Fitters 597 Improvement Trust** <br> **c/o Johnson & Krol LLC** <br> **300 S. Wacker Drive** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Pipe Fitters Retirement Fund #597** | | | | **Notice Only** |
| Account No. <br><br> **Pipe Fitters Assoc 597 Indiv Acct** <br> **401(k) plan c/o Johnson & Krol LLC** <br> **300 S. Wacker Drive,** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Pipe Fitters Retirement Fund #597** | | | | **Notice Only** |
| Account No. <br><br> **Pipe Fitting Counsel** <br> **c/o Johnson & Krol LLC** <br> **300 S. Wacker Drive** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Pipe Fitters Retirement Fund #597** | | | | **Notice Only** |
| Account No. <br><br> **Pipe Fittrers Training Fund, 597** <br> **c/o Johnson & Krol, LLC** <br> **300 S. Wacker Drive** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Pipe Fitters Retirement Fund #597** | | | | **Notice Only** |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Raul Romero**                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Pipe Fittrers Welfare Fund, 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive Chicago, IL 60606** | | | **Representing: Pipe Fitters Retirement Fund #597** | | | | **Notice Only** |
| Account No. | | | **Personal  Guarantee** | | | | |
| **Creditor #: 77 Presta Lincoln Mercury  Inc. 945 E. Chicago Elgin, IL 60120** | | - | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-6678** | | | **Credit Card Purchases** | | | | |
| **Creditor #: 78 Sam's Club GE Money Bank Bankruptcy Dept. PO Box 103104 Roswell, GA 30076** | X | - | | | | | **5,430.13** |
| Account No. **6678** | | | | | | | |
| **Sam's Club Discover/GEMB PO Box 960016 Orlando, FL 32896** | | | **Representing: Sam's Club** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx0547** | | | **Credit Card Purchases** | | | | |
| **Creditor #: 79 Sam's Club GE Money Bank Bankruptcy Dept. PO Box 103104 Roswell, GA 30076** | | - | | | | | **4,993.87** |

Sheet no. __**21**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| **10,424.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raul Romero**
_____ ,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0547** | | | | | | | | |
| **Sam's Club Discover/GEMB PO Box 960016 Orlando, FL 32896** | | | | Representing: Sam's Club | | | | **Notice Only** |
| Account No. **xx x 7643** | | | | corporate debt - possible claims | | | | |
| **Creditor #: 80 Sheet Metal Wkrs Wel Fnd 265 et al c/o Baum Sigman et al 200 W Adams St, 2200 Chicago, IL 60606** | | X - | | | | | | **42,676.00** |
| Account No. | | | | | | | | |
| **Scott P. Wille, Admin Mgr c/o Baum, Sigman et al 300 W. Adams St Chicago, IL 60606** | | | | Representing: **Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sheet Metal Wkrs 265 PO Box 519 West Chicago, IL 60186** | | | | Representing: **Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sheet Metal Wkrs 265 205 Alexandra Way Schaumburg, IL 60168** | | | | Representing: **Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |

Sheet no. __**22**__ of __**28**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**42,676.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raul Romero**                                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sheet Metal Wkrs 265 205 Alexandra Way West Chicago, IL 60186** | | | **Representing: Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sheet Metal Wkrs Educ Fund 265 Baum Sigman et al 200 W. Adams St, 2200 Chicago, IL 60606** | | | **Representing: Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sheet Metal Wkrs Industry Fund 265 c/o Baum Sigman et al 200 W. Adams, 2200 Chicago, IL 60606** | | | **Representing: Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sheet Metal Wkrs Pension Fund 26 c/o Baum Sigman et al 200 W. Adams, # 2200 Chicago, IL 60606** | | | **Representing: Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sheet Metal Wkrs Supl Retire Fd 265 c/o Baum Sigman et al 200 W. Adams, 2200 Chicago, IL 60606** | | | **Representing: Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Raul Romero**                                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Sheet Metal Wrks Int'l Ass 265** **c/o Baum Sigman et al** **200 W. Adams, 2200** **Chicago, IL 60606** | | | | Representing: **Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sheet Metal Wrks Savings Fund 265** **c/o Baum Sigman et al** **200 W. Adams, 2200** **Chicago, IL 60606** | | | | Representing: **Sheet Metal Wkrs Wel Fnd 265 et al** | | | | **Notice Only** |
| Account No. **xx xx 1182** | | | | Trade debt | | | | |
| **Creditor #: 81** **South Side Control Supply Co** **c/o Solomon & Leadley** **320 E. Indian Trail** **Chicago, IL 60605-1760** | X | - | | | | | | 10,892.68 |
| Account No. **9377** | | | | Credit card purchases | | | | |
| **Creditor #: 82** **State Farm Bank** **PO Box 2326** **Bloomington, IL 61702-2326** | | - | | | | | | 9,058.00 |
| Account No. | | | | | | | | |
| **State Farm Bank** **PO Box 2316** **Bloomington, IL 61702** | | | | Representing: **State Farm Bank** | | | | **Notice Only** |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,950.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Raul Romero**                                    ,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 9377** <br><br> **Creditor: # 83** <br> **State Farm Financial** <br> **PO Box 2326** <br> **Bloomington, IL 61702** | | - | **Credit card purchases** | | | | 8,274.00 |
| Account No. **x4307** <br><br> **Creditor #: 84** <br> **Steiner Electric** <br> **1250 Touhy Ave** <br> **Elk Grove Village, IL 60007** | X | - | **corp debt, Possible Claim** | | | | 1,894.54 |
| Account No. **x6068** <br><br> **Creditor #: 85** <br> **TEC/Temp Equip Corp** <br> **17725 Voibrecht Rd** <br> **Lansing, IL 60438** | X | - | **corp debt, Possible Claim** | | | | 4,685.26 |
| Account No. **x4088** <br><br> **Creditor #: 86** <br> **The Limited** <br> **PO Box 182789** <br> **Columbus, OH 43218** | | - | **Credit card purchases** | | | | 0.00 |
| Account No. <br><br> **Creditor #: 87** <br> **The Ohio Casualty Insurance Company** <br> **9450 Seward Road** <br> **Fairfield, OH 45014** | X | - | **Bond indemnity claim** | | | | 148,514.64 |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

163,368.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raul Romero**                                                  ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Liberty Mutual Group**<br>**9450 Seward Road**<br>**Fairfield, OH 45014** | | | **Representing:**<br>**The Ohio Casualty Insurance Company** | | | | **Notice Only** |
| Account No. <br><br>**Liberty Surety First**<br>**9450 Seward Road**<br>**Fairfield, OH 45014** | | | **Representing:**<br>**The Ohio Casualty Insurance Company** | | | | **Notice Only** |
| Account No. **xxx0259**<br>**Creditor #: 88**<br>**Trane Co.**<br>**C/O Stein & Rotman**<br>**105 W. Madison  St**<br>**Chicago, IL 60602** | X | - | **corp debt, Possible Claim** | | | | **18,500.00** |
| Account No. <br>**Creditor #: 89**<br>**UBM Mechanical Services**<br>**165 Easy St**<br>**Carol Stream, IL 60188** | X | - | **corp debt, Possible Claim** | | | | **4,400.00** |
| Account No. **xxxxxxxxxxxxxxx**<br>**Creditor #: 90**<br>**Universal Card/Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | - | **Credit card purchases** | | | | **15,498.00** |

Sheet no. __26__ of __28__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)          **38,398.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Raul Romero**                                                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx9001** | | | corp debt, Possible Claim | | | | |
| Creditor #: 91 **UPS Supply Chain Solutions** **28013 Network Pl** **Chicago, IL 60673** | X | - | | | | | **269.25** |
| Account No. **1257** | | | Credit card purchases | | | | |
| Creditor #: 92 **Von Maur** **6565 N. Brody** **Davenport, IA 52806** | | - | | | | | **Unknown** |
| Account No. **xx-xx-xx5470** | | | contract - corporate debt - guaranteed by debtor | | | | |
| Creditor #: 93 **W L Engler Distributing** **c/o  Paul F. O'Keefe PC** **One E Wacker Dr, 2520** **Chicago, IL 60601** | X | - | | | | | **16,436.34** |
| Account No. | | | Representing: **W L Engler Distributing** | | | | |
| **W.L. Engler Distributing, Inc.** **1036 N. Throop St** **Chicago, IL 60622** | | | | | | | **Notice Only** |
| Account No. **4115** | | | Line of Credit Possible Claim | | | | |
| Creditor #: 94 **West Suburban Bank** **711 S. Westmore/Meyers Rd** **Lombard, IL 60148** | X | - | | | | | **100,000.00** |

Sheet no. __**27**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**116,705.59**

B6F (Official Form 6F) (12/07) - Cont.

In re **Raul Romero** ,                                      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7402** | | | | Line of Credit Possible Claim | | | | |
| Creditor #: 95<br>**West Suburban Bank**<br>**711 S. Westmore/Meyers Rd**<br>**Lombard, IL 60148** | X | - | | | | | | |
| | | | | | | | | **11,000.00** |
| Account No. **6455** | | | | corp debt, Possible guarantee for business loan | | | | |
| Creditor #: 96<br>**West Suburban Bank**<br>**711 S. Westmore/Meyers Road**<br>**Lombard, IL 60148** | X | - | | | | | | |
| | | | | | | | | **109,000.00** |
| Account No. **xx4228** | | | | corp debt, Possible Claim | | | | |
| Creditor #: 97<br>**York International Corp**<br>**PO Box 905578**<br>**Charlotte, NC 28290** | X | - | | | | | | |
| | | | | | | | | **13,678.82** |
| Account No. **xxxxxxx7440** | | | | Credit card purchases | | | | |
| Creditor #: 98<br>**Zales**<br>**PO  Box 6497**<br>**Sioux Falls, SD 57117** | | - | | | | | | |
| | | | | | | | | **Unknown** |
| Account No. **xxxxxxsm00** | | | | corp debt, Possible Claim | | | | |
| Creditor #: 99<br>**Zonatherm**<br>**251 Holbrook**<br>**Wheeling, IL 60090** | X | - | | | | | | |
| | | | | | | | | **1,463.16** |

Sheet no. __**28**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **135,141.98** |
| Total<br>(Report on Summary of Schedules) | | **1,352,535.54** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6G (Official Form 6G) (12/07)

.

In re   **Raul Romero**                                                                         ,   Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cab West LLC**<br>**PO Box 390858**<br>**Minneapolis, MN 55439** | |
| **Ford Motor Credit**<br>**Drawer 55-953**<br>**PO Box 55000**<br>**Detroit, MI 48255** | **38 month vehicle lease for a 2008 Lincoln MKX**<br>**Vehicle surrendered** |
| **Presta Lincoln Mercury  Inc.**<br>**945 E. Chicago**<br>**Elgin, IL 60120** | **Car Lease for 2008 Lincoln MKX**<br>**Car surrendered to Lessor** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Raul Romero**
_____,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anne Romero**<br>**3410 Majestic Oaks Lane**<br>**Saint Charles, IL 60174** | **The Ohio Casualty Insurance Company**<br>**9450 Seward Road**<br>**Fairfield, OH 45014** |
| **Anne V. Romero**<br>**3410 Majestic Oaks Drive**<br>**Saint Charles, IL 60174** | **Bayview Loan Servicing LLC**<br>**Customer Service**<br>**4425 Ponce De Leon Blvd**<br>**Miami, FL 33146** |
| **Anne V. Romero**<br>**3410 Majestic Oaks Drove**<br>**Saint Charles, IL 60174** | **Banco Popular**<br>**PO Box 4503**<br>**Oak Park, IL 60303** |
| **Anne V. Romero**<br>**3410 Majestic Oaks Drive**<br>**Saint Charles, IL 60174** | **West Suburban Bank**<br>**711 S. Westmore/Meyers Rd**<br>**Lombard, IL 60148** |
| **Anne V. Romero**<br>**3410 Majestic Oaks Drive**<br>**Saint Charles, IL 60174** | **West Suburban Bank**<br>**711 S. Westmore/Meyers Road**<br>**Lombard, IL 60148** |
| **Compass Mechanical Services**<br>**165 Easy St**<br>**Carol Stream, IL 60188** | **Chgo Area Mech Cont Ind Impr Trust**<br>**c/o Johnson & Krol, LLC**<br>**300 S. Wacker Drive**<br>**Chicago, IL 60606** |
| **Compass Mechanical Services**<br>**165 Easy St**<br>**Carol Stream, IL 60188** | **Bd Trustees Pipe Fitters # 597**<br>**Retirement Fund c/o Johnson**<br>**300 S. Wacker, #1313**<br>**Chicago, IL 60606** |
| **Compass Mechanical Services**<br>**165 Easy St.**<br>**Carol Stream, IL 60188** | **Sheet Metal Wkrs Wel Fnd 265 et al**<br>**c/o Baum Sigman et al**<br>**200 W Adams St, 2200**<br>**Chicago, IL 60606** |
| **Compass Mechanical Services**<br>**165 Easy St.**<br>**Carol Stream, IL 60188** | **W L Engler Distributing**<br>**c/o  Paul F. O'Keefe PC**<br>**One E Wacker Dr, 2520**<br>**Chicago, IL 60601** |
| **Compass Mechanical Services**<br>**165 Easy St**<br>**Carol Stream, IL 60188** | **South Side Control Supply Co**<br>**c/o Solomon & Leadley**<br>**320 E. Indian Trail**<br>**Chicago, IL 60605-1760** |

**5**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

In re  **Raul Romero**
_____,   Case No. _____
                                  Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Compass Mechanical Services Inc**<br>**27W250 Ontarioville Rd. Suite 1E**<br>**Hanover Park, IL 60133** | **West Suburban Bank**<br>**711 S. Westmore/Meyers Rd**<br>**Lombard, IL 60148** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **First Equity**<br>**PO Box 23029**<br>**Columbus, GA 31902-3029** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** |
| **Compass Mechanical Services Inc**<br>**27W250 Ontarioville Rd. Suite 1E**<br>**Hanover Park, IL 60133** | **Sam's Club**<br>**GE Money Bank Bankruptcy Dept.**<br>**PO Box 103104**<br>**Roswell, GA 30076** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Pipe Fitters Retirement Fund #597**<br>**c/o Johnson & Krol LLC**<br>**300 S. Wacker Dr.**<br>**Chicago, IL 60606** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Enterprise Fleet Services**<br>**395 Roosevelt Rd**<br>**Glen Ellyn, IL 60137** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Ford Motor Credit**<br>**PO Box 542000**<br>**Omaha, NE 68154-8000** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **West Suburban Bank**<br>**711 S. Westmore/Meyers Rd**<br>**Lombard, IL 60148** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **West Suburban Bank**<br>**711 S. Westmore/Meyers Rd**<br>**Lombard, IL 60148** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Bornquest Inc**<br>**4050 Lehigh Ave**<br>**Chicago, IL 60646** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Dreisllker**<br>**36249 Treasury Ctr**<br>**Chicago, IL 60694** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **EIP Tamco Distributors**<br>**2200 W. Higgins Rd Ste 355**<br>**Hoffman Estates, IL 60169** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Encompass Technologies Ltd**<br>**2542 N. Ridge Ave**<br>**Arlington Heights, IL 60004** |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re     **Raul Romero**                                                    Case No. _____
                                                           ,
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Ferguson Enterprises**<br>**1401 N. Cicero**<br>**Chicago, IL 60651** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Flifer Services Illinois**<br>**2555 United Lane**<br>**Elk Grove Village, IL 60007** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Floyd Steel Erectors**<br>**310 Reichert Rd**<br>**Wood Dale, IL 60191** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Fluid Air Products**<br>**7535 Plaza Ct**<br>**Willowbrook, IL 60527** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Grainger**<br>**Dept 885645873**<br>**Palatine, IL 60038** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Hilti Inc**<br>**PO Box 382002**<br>**Pittsburgh, PA 15250** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Home  Depot Credit Services**<br>**PO Box 6029 Dept 32-2003977950**<br>**The Lakes, NV 88901-6029** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **I.C.E Inc**<br>**305 Van Buren Rd**<br>**Bolivar, TN 38008** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Johnstone Supply**<br>**145 Lively Blvd**<br>**Elk Grove Village, IL 60007** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Johnstone Supply**<br>**480 Industrial Dr. #116**<br>**Naperville, IL 60563** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Johnstone Supply**<br>**6153 W. Mulford St**<br>**Naperville, IL 60563** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Liebert Corp**<br>**PO Box 70474**<br>**Chicago, IL 60673** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Lift Works**<br>**1130 Carolina Unit F**<br>**West Chicago, IL 60185** |

Sheet __**2**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

In re    **Raul Romero**                                                                          ,    Case No. _____
                                                                      Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Lift-a-Loft**<br>**1122 Elizabeth Ave**<br>**Waukegan, IL 60085** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Master Solutions**<br>**1238 Highland Ave Ste C**<br>**Lombard, IL 60148** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **McClean Thermal Pentair**<br>**Dept CH 14197**<br>**Palatine, IL 60055** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **MFH Associates**<br>**111 N Canal/Lobby NW**<br>**Chicago, IL 60606** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Moving On Up**<br>**708 Bonded Pkwy**<br>**Streamwood, IL 60107** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Neopost Inc**<br>**PO Box 45800**<br>**San Francisco, CA 94145** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Newmark Construction**<br>**PO Box 388703**<br>**Chicago, IL 60638** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Nicor**<br>**PO Box 0632**<br>**Aurora, IL 60507** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Outside Legal Counsel Ltd**<br>**2135 City Gate Lane Ste 300**<br>**Naperville, IL 60563** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Steiner Electric**<br>**1250 Touhy Ave**<br>**Elk Grove Village, IL 60007** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **TEC/Temp Equip Corp**<br>**17725 Voibrecht Rd**<br>**Lansing, IL 60438** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Trane Co.**<br>**C/O Stein & Rotman**<br>**105 W. Madison  St**<br>**Chicago, IL 60602** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **UBM Mechanical Services**<br>**165 Easy St**<br>**Carol Stream, IL 60188** |

Sheet  __**3**__  of  __**5**__  continuation sheets attached to the Schedule of Codebtors

In re    **Raul Romero**                                                    ,        Case No. _____

_____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **UPS Supply Chain Solutions**<br>**28013 Network Pl**<br>**Chicago, IL 60673** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **York International Corp**<br>**PO Box 905578**<br>**Charlotte, NC 28290** |
| **Compass Mechanical Services Inc**<br>**165 Easy St.**<br>**Carol Stream, IL 60188-2314** | **Zonatherm**<br>**251 Holbrook**<br>**Wheeling, IL 60090** |
| **Compass Mechanical Services Inc.**<br>**165 Easy St**<br>**Carol Stream, IL 60188** | **Ford Motor Credit**<br>**Drawer 55-953**<br>**PO Box 55000**<br>**Detroit, MI 48255** |
| **Compass Mechanical Services, Inc.**<br>**601 Sidwell Ct., Unit C**<br>**Saint Charles, IL 60174** | **West Suburban Bank**<br>**711 S. Westmore/Meyers Rd**<br>**Lombard, IL 60148** |
| **Compass Mechanical Services, Inc.**<br>**3410 Majestic Oaks Lane**<br>**Saint Charles, IL 60174** | **The Ohio Casualty Insurance Company**<br>**9450 Seward Road**<br>**Fairfield, OH 45014** |
| **Dina Wojciechowski**<br>**407 Belmont Lane**<br>**Bartlett, IL 60103** | **The Ohio Casualty Insurance Company**<br>**9450 Seward Road**<br>**Fairfield, OH 45014** |
| **Michael Wojciechowski** | **West Suburban Bank**<br>**711 S. Westmore/Meyers Road**<br>**Lombard, IL 60148** |
| **Michael Wojciechowski** | **Sheet Metal Wkrs Wel Fnd 265 et al**<br>**c/o Baum Sigman et al**<br>**200 W Adams St, 2200**<br>**Chicago, IL 60606** |
| **Michael Wojciechowski** | **W L Engler Distributing**<br>**c/o  Paul F. O'Keefe PC**<br>**One E Wacker Dr, 2520**<br>**Chicago, IL 60601** |
| **Michael Wojciechowski** | **South Side Control Supply Co**<br>**c/o Solomon & Leadley**<br>**320 E. Indian Trail**<br>**Chicago, IL 60605-1760** |
| **Michael Wojciechowski**<br>**407 Belmont Lane**<br>**Bartlett, IL 60103** | **Forrest L. Ingram, PC**<br>**79 W Monroe St.**<br>**Ste 900**<br>**Chicago, IL 60603** |

Sheet __**4**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

In re    **Raul Romero**                                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Michael Wojciechowski**<br>**407 Belmont Lane**<br>**Bartlett, IL 60103** | **West Suburban Bank**<br>**711 S. Westmore/Meyers Rd**<br>**Lombard, IL 60148** |
| **Michael Wojciechowski**<br>**1820 Quaker Hollow Lane**<br>**Streamwood, IL 60107** | **The Ohio Casualty Insurance Company**<br>**9450 Seward Road**<br>**Fairfield, OH 45014** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Raul Romero** _____   Case No. _____
　　　　　　　　　　　　Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**11** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | |
| Name of Employer | **United Facility Services, Inc.** | |
| How long employed | **since 1/1/10** | |
| Address of Employer | **165 Easy St.**<br>**Carol Stream, IL 60188** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **6,998.33** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **6,998.33** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **1,880.67** | $ | **N/A** |
|     b. Insurance | $ | **0.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,880.67** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,117.66** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income | | | | |
| (Specify):　**Contribution from Anne Romero** | $ | **850.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **850.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,967.66** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **5,967.66** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Raul Romero**                                                   Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,840.00 |
| a. Are real estate taxes included?  Yes **X**   No ___ | | |
| b. Is property insurance included?  Yes **X**   No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 230.00 |
|     b. Water and sewer | $ | 165.00 |
|     c. Telephone | $ | 55.00 |
|     d. Other  **See Detailed Expense Attachment** | $ | 215.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 350.00 |
|     d. Auto | $ | 0.00 |
|     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other | $ | 0.00 |
|     c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 1,621.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 275.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,     $ [ 6,601.00 ]
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 5,967.66 |
| b. Average monthly expenses from Line 18 above | $ | 6,601.00 |
| c. Monthly net income (a. minus b.) | $ | -633.34 |

**B6J (Official Form 6J) (12/07)**

In re   **Raul Romero** _____        Case No. _____
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cable/Satellite TV** | $ | **80.00** |
| **Internet** | $ | **10.00** |
| **Homeowners Assessment** | $ | **125.00** |
| **Total Other Utility Expenditures** | $ | **215.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| **personal care** | $ | **50.00** |
| **Second Mortgage** | $ | **125.00** |
| **Babysitting** | $ | **100.00** |
| **Total Other Expenditures** | $ | **275.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Raul Romero**                                  Case No. _____
                                           Debtor(s)           Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **53**   
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 29, 2010**                         Signature    **/s/ Raul Romero** _____
                                                         **Raul Romero**
                                                         Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                     Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Raul Romero**

_____

Debtor(s)

Case No.   _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$56,000.00** | **2010 YTD: Husband Employment** |
| **$44,200.00** | **2009: Husband Compass Mechanical Services, Inc.** |
| **$10.00** | **2008: Husband Illinois Unemployment** |
| **$64,200.00** | **2008: Debtor  Compass Mechanical Services, Inc.** |
| **$4,800.00** | **2008: Debtor Employer** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Board of Trustees of the Pipe Fitters #597 et al  v Compass Mechanical  09 CV 5080** | **contract** | **Northern District of Illinois** | **pending** |
| **South Side Control Supply Co v Compass Mechanical  09 AR 1182** | **Contract** | **Kane County Illinois** | **pending** |
| **W. L. Engler v Romero  10 M1 105470** | **Contract** | **Cook County Illinois** | **pending** |
| **Sheet Metal Workers #265 et al v Compass Mechanical 09 C 7643** | **Contract** | **Northern District of Illinois** | **pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None **■** b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None **■** List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None **■** a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None **■** b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None **■** List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None **■** List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joseph Wrobel, Ltd.** **105 West Madison Street, Suite 700** **Chicago, IL 60602** | **2/12/10 through 4/26/10** | **$2,500.00** |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Compass Mechanical Services, Inc.** | 36-4349230 | **165 Easy Street Carol Stream, IL 60188** | **HVAC contracting services** | **January 2005 to date** |
| **Enhanced Air Solutions, Inc.** | 20-2777481 | **391 Wegner Drive West Chicago, IL 60185** | **HVAC control services** | **August 2005 to date** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Joseph A Matz & Associates, Compass 1 Trans Am Plaza Drive Ste 430 Oak Brook Terrace, IL 60181** | **January 2005 to date** |
| **Michael Wojciechowski, Compass 407 Belmont Lane Bartlett, IL 60103** | **January 2005 to date** |
| **Joseph A. Matz & Associates, Enhanced 1 Trans AM Plaza Drive Ste 430 Villa Park, IL 60181** | **June 2005 to date** |
| **Michael Wojciechowski, Enhanced 407 Belmont Lane Bartlett, IL 60103** | **June 2005 to date** |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■      of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐      of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS
**Michael Wojciechowski, Compass, Enhanced**                  **407 Belmont Lane**
                                                              **Bartlett, IL 60103**

**Joseph A Matz, Compass, Enhanced**                          **1 Trans Am Plaze Drive**
                                                              **Ste 430**
                                                              **Oak Brook Terrace, IL 60181**

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED
**West Suburban Bank**                                        **Compass: 2005, 2006, 2007, 2008**
**3000 East Main St**                                         **Enhanced: 2005, 2006, 2007, 2008**
**Saint Charles, IL 60174**

**Forrest L. Ingram, PC**                                     **Compass: 2005, 2006, 2007, 2008**
**79 W. Monroe St.**                                          **Enhanced: 2005, 2006, 2007, 2008**
**Ste 900**
**Chicago, IL 60603**

---

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐      and the dollar amount and basis of each inventory.

                                                              DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY           INVENTORY SUPERVISOR              (Specify cost, market or other basis)
**Compass: March 2009 and   Michael Wojciechowski**           **$40,000**
August 2010**                                                 **Market Value**

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

                                                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                             RECORDS
**Compass: March 2009 and August 2010**                      **Michael Wojciechowski**
                                                              **407 Belmont Lane**
                                                              **Bartlett, IL 60103**

---

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

8

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Michael Wojciechowski**<br>**407 Belmont Lane**<br>**Bartlett, IL 60103** | **Vice President, Director** | **Compass: 49% stock ownership**<br>**Enhanced: 51% sotck Ownership** |
| **Raul Romero**<br>**3410 Majestic Oaks Lane**<br>**Saint Charles, IL 60174** | **President, Director** | **Compass: 51% stock ownership**<br>**Enhanced: 49% stock ownership** |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **December 29, 2010**      Signature   **/s/ Raul Romero**
                                               **Raul Romero**
                                               Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Raul Romero** _____        Case No. _____
                                    Debtor(s)        Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**Anne Romero** | Describe Property Securing Debt:<br>**House; Location: 3410 Majestic Oaks Dr., Saint Charles IL 60174** |
|---|---|

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**Banco Popular** | Describe Property Securing Debt:<br>**House; Location: 3410 Majestic Oaks Dr., Saint Charles IL 60174** |
|---|---|

Property will be (check one):
- □ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- ■ Other.  Explain  **continue payments, retain property**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          □ Not claimed as exempt

---

Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bayview Loan Servicing LLC** | **Describe Property Securing Debt:**<br>**House; Location: 3410 Majestic Oaks Dr., Saint Charles IL**<br>**60174** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **continue payments, retain property**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**West Suburban Bank** | **Describe Property Securing Debt:**<br>**House; Location: 3410 Majestic Oaks Dr., Saint Charles IL**<br>**60174** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **continue payments, retain property**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**West Suburban Bank** | **Describe Property Securing Debt:**<br>**House; Location: 3410 Majestic Oaks Dr., Saint Charles IL**<br>**60174** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **continue payments, retain property**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                       Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**West Suburban Bank** | **Describe Property Securing Debt:**<br>**50% common stock in Compass Mechanical Services, Inc.**<br>**in possession of debtor**<br>**Compass Mechanical Services**<br>**Filed Chapter 11 on 12/14/09**<br>**Case No. 09-47131** |

Property will be (check one):

  ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**West Suburban Bank** | **Describe Property Securing Debt:**<br>**49% common stock of Enhanced Air Solutions, Inc.**<br>**in possession of debtor** |

Property will be (check one):

  ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES      ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December 29, 2010** _____          Signature  **/s/ Raul Romero** _____
                                                              **Raul Romero**
                                                              Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Raul Romero**                                Case No.

                                                 Debtor(s)             Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeablity actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 29, 2010**                      **/s/ Joseph Wrobel**
                                                     **Joseph Wrobel 3078256**
                                                       **Joseph Wrobel, Ltd.**
                                                       **105 West Madison Street**
                                                       **Suite 700**
                                                       **Chicago, IL 60602**
                                                       **312.781.0996  Fax: 312.606.0413**
                                                       **josephwrobel@chicagobankruptcy.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Raul Romero**
_____
                                    Debtor(s)

Case No.
Chapter  **7**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Raul Romero** | X **/s/ Raul Romero** | **December 29, 2010** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known)  _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Raul Romero**                                               Case No.
_____          Chapter   **7**
                                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          **142**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 29, 2010**                   **/s/ Raul Romero**
_____          _____
                                          **Raul Romero**
                                          Signature of Debtor

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com                    Best Case Bankruptcy

Air Products
1555 Louis Ave
Elk Grove Village, IL 60007

Associated Equipment
1555 Brummel Ave 4400
Elk Grove Village, IL 60007

Bd Trustees Pipe Fitters 597
Training Fund c/o Johnson & Krol
300 S. Wacker Dr., 1313
Chicago, IL 60606

Allocco, Miller & Cahill
3409 N. Paulina St.
Chicago, IL 60657

AT&T Universal
c/o Northland Group
P.O. Box 390905
Edina, MN 55439

Bd Trustees Pipe Fitting Counsel
Greater Chicago
Johnson, 300 S. Wacker Dr., 1313
Chicago, IL 60606

American Express
Customer Service
PO Box 981535
El Paso, TX 79998-1535

AT&T Universal
PO Box 6500
Sioux Falls, SD 57117-6500

Blockbuster
c/o National Action Financial Ser
PO Box 9027
Buffalo, NY 14231

American Express
PO Box 105278
Atlanta, GA 30348-5278

Aurora Tri-State
1080 Corporate Blvd
Aurora, IL 60502

Bornquest Inc
4050 Lehigh Ave
Chicago, IL 60646

American Express
PO Box 981537
El Paso, TX 79998

Banco Popular
PO Box 4503
Oak Park, IL 60303

Brucker Co
PO Box 5940 Dept 20-1042
Carol Stream, IL 60197

American Express
PO Box 981537

Bank Popular De Pue
7 W 51st St
New York, NY 10019

BTU Company
770 Pasquinelli Dr #414
Westmont, IL 60559

American Express
PO Box 0001
Los Angeles, CA 90096

Bayview Loan Servicing LLC
Customer Service
4425 Ponce De Leon Blvd
Miami, FL 33146

Cambridge Engineering
PO Box 419161
Creve Coeur, MO 63141

Anderson Financial Network
PO Box 3097
Bloomington, IL 61702

Bd Trustees Pipe Fitters # 597
Retirement Fund c/o Johnson
300 S. Wacker, #1313
Chicago, IL 60606

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Anderson Financial Network
404 Brock Drive
Bloomington, IL 61702

Bd Trustees Pipe Fitters # 597
Welfare Fund, c/o Johnson & Krol
300 S. Wacker Dr., 1313
Chicago, IL 60606

Capital One
PO Box 30281
Salt Lake City, UT 84130

Anne Romero
3410 Majestic Oaks Lane
Saint Charles, IL 60174

Bd Trustees Pipe Fitters # 597
Mech Cont Inds Improv Trust
Johnson, 300 S. Wacker Dr., 1313
Chicago, IL 60606

Capital One
PO Box 60067
City of Industry, CA 91716

Cardmember Services
PO Box 15153
Wilmington, DE 19886

PO Box 803001
Des Moines, IA 50368

Encompass Technologies Ltd
2542 N. Ridge Ave
Arlington Heights, IL 60004

Centimark
PO Box 360093
Pittsburgh, PA 15251

Citibank
PO Box 6241
Sioux Falls, SD 57117-6241

Enhanced Air Solutions, Inc.
407 Belmont Lane
Bartlett, IL 60103

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citibank SD NA
PO Box 6241
Sioux Falls, SD 57117

Enterprise Fleet Services
395 Roosevelt Rd
Glen Ellyn, IL 60137

Chase
802 Delaware Ave
Wilmington, DE 19801

Compass Mechanical Services, Inc.
c/o Joseph A. Matz & Assoc
1 Trans -AM Plaza Dr., 430
Villa Park, IL 60181

Equable Ascent Finance
5 Revere Dr.
Ste 206
Northbrook, IL 60062

Chase
800 Brookdsedge Blvd.
Westerville, OH 43081

Complete Balancing Srvc
4098 N 525 W
La Porte, IN 46350

Excelsior
1846 Collection Ctr Dr
Chicago, IL 60693

Chase
PO Box 15298
Wilmington, DE 19850

Delta-Therm
398 W. Liberty St
PO Box 345
Wauconda, IL 60084

Express
PO Box 182789
Columbus, OH 43218

Chase
PO Box 15548
Wilmington, DE 19886-5548

Dina Wojciechowski
1820 Quaker Hollow Lane
Streamwood, IL 60107

Federal Express
PO Box 94515
Palatine, IL 60094

Chase Bank
PO Box 15519
Wilmington, DE 19850-5519

Dina Wojciechowski
407 Belmont Lane
Bartlett, IL 60103

Ferguson Enterprises
1401 N. Cicero
Chicago, IL 60651

Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298

Dreisllker
36249 Treasury Ctr
Chicago, IL 60694

Fernando Olague
9709 S. 52nd Ave
Oak Lawn, IL 60453

Chgo Area Mech Cont Ind Impr Trust
c/o Johnson & Krol, LLC
300 S. Wacker Drive
Chicago, IL 60606

EIP Tamco Distributors
2200 W. Higgins Rd Ste 355
Hoffman Estates, IL 60169

First Equity
PO Box 23029
Columbus, GA 31902-3029

Flifer Services - Illinois
2555 United Lane
Elk Grove Village, IL 60007

Floyd Steel Erectors
310 Reichert Rd
Wood Dale, IL 60191

Fluid Air Products
7535 Plaza Ct
Willowbrook, IL 60527

Ford Motor Credit
PO Box 542000
Omaha, NE 68154-8000

Ford Motor Credit
Drawer 55-953
PO Box 55000
Detroit, MI 48255

Forrest L. Ingram, PC
79 W Monroe St.
Ste 900
Chicago, IL 60603

Grainger
Dept 885645873
Palatine, IL 60038

Hilti Inc
PO Box 382002
Pittsburgh, PA 15250

Home Depot Credit Services
PO Box 6029 Dept 32-2003977950
The Lakes, NV 88901-6029

HSBC Carson
PO Box 15524
Wilmington, DE 19850

300 Van Buren Rd
Bolivar, TN 38008

Illinois Dept. of Employment Securi
Attn: Levish Holt
33 S. State St. 10th Floor
Chicago, IL 60603

Interbay Funding LLC
2601 S. Bayshore Drive
4th Floor
Miami, FL 33133

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
ACS Support - Stop 813G
PO Box 145566
Cincinnati, OH 45250

Jaffe & Asher
600 Third Ave
New York, NY 10016

Johnson Controls Inc
PO Box 730743
Dallas, TX 75373

Johnstone Supply
480 Industrial Dr. #116
Naperville, IL 60563

Johnstone Supply
145 Lively Blvd
Elk Grove Village, IL 60007

Johnstone Supply
6153 W. Mulford St
Naperville, IL 60563

Joseph A. Pastiz Associates
1 Trans AM Plaza Drive
Ste 430
Villa Park, IL 60181

Liberty Mutual Group
9450 Seward Road
Fairfield, OH 45014

Liberty Surety First
9450 Seward Road
Fairfield, OH 45014

Liebert Corp
PO Box 70474
Chicago, IL 60673

Lift Works
1130 Carolina Unit F
West Chicago, IL 60185

Lift-a-Loft
1122 Elizabeth Ave
Waukegan, IL 60085

Limited Too
PO Box 182789
Columbus, OH 43218

Master Solutions
1238 Highland Ave Ste C
Lombard, IL 60148

McClean Thermal Pentair
Dept CH 14197
Palatine, IL 60055

MFH Associates
111 N Canal/Lobby NW
Chicago, IL 60606

Michael Wojciechowski
407 Belmont Lane
Bartlett, IL 60103

Sam's Club Discover/GEMB
PO Box 960016
Orlando, FL 32896

Michael Wojciechowski
1820 Quaker Hollow Lane
Streamwood, IL 60107

Pipe Fitters 597 Improvement Trust
c/o Johnson & Krol LLC
300 S. Wacker Drive
Chicago, IL 60606

Scott P. Wille, Admin Mgr
c/o Baum, Sigman et al
300 W. Adams St
Chicago, IL 60606

Moving On Up
708 Bonded Pkwy
Streamwood, IL 60107

Pipe Fitters Ass, 597 UA
Bd Trustees Indiv Acct & 401(k)
Johnson, 300 S. Wacker Dr., 1313
Chicago, IL 60606

Sheet Metal Wkrs 265
PO Box 519
West Chicago, IL 60186

Nationwide Credit Inc.
4700 Vestal Pkwy E
Vestal, NY 13850-3770

Pipe Fitters Assoc 597 Indiv Acct
401(k) plan c/o Johnson & Krol LLC
300 S. Wacker Drive,
Chicago, IL 60606

Sheet Metal Wkrs 265
205 Alexandra Way
Schaumburg, IL 60168

Neopost Inc
PO Box 45800
San Francisco, CA 94145

Pipe Fitters Retirement Fund #597
c/o Johnson & Krol LLC
300 S. Wacker Dr.
Chicago, IL 60606

Sheet Metal Wkrs 265
205 Alexandra Way
West Chicago, IL 60186

New York  & Company
PO Box 182789
Columbus, OH 43218

Pipe Fitting Counsel
c/o Johnson & Krol LLC
300 S. Wacker Drive
Chicago, IL 60606

Sheet Metal Wkrs Educ Fund 265
Baum Sigman et al
200 W. Adams St, 2200
Chicago, IL 60606

Newmark Construction
PO Box 388703
Chicago, IL 60638

Pipe Fittrers Training Fund, 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive
Chicago, IL 60606

Sheet Metal Wkrs Industry Fund 2
c/o Baum Sigman et al
200 W. Adams, 2200
Chicago, IL 60606

Nicor
PO Box 0632
Aurora, IL 60507

Pipe Fittrers Welfare Fund, 597
c/o Johnson & Krol, LLC
300 S. Wacker Drive
Chicago, IL 60606

Sheet Metal Wkrs Pension Fund 2
c/o Baum Sigman et al
200 W. Adams, # 2200
Chicago, IL 60606

Northland Group
PO Box 390905
Edine, MN 55439

Presta Lincoln Mercury  Inc.
945 E. Chicago
Elgin, IL 60120

Sheet Metal Wkrs Supl Retire Fd 26
c/o Baum Sigman et al
200 W. Adams, 2200
Chicago, IL 60606

Outside Legal Counsel Ltd
2135 City Gate Lane Ste 300
Naperville, IL 60563

Sam's Club
GE Money Bank Bankruptcy Dept.
PO Box 103104
Roswell, GA 30076

Sheet Metal Wkrs Wel Fnd 265 eal
c/o Baum Sigman et al
200 W Adams St, 2200
Chicago, IL 60606

Sheet Metal Wrks Intr Fnd 265
c/o Baum Sigman et al
200 W. Adams, 2200
Chicago, IL 60606

Clement Rothman
105 W. Madison St
Chicago, IL 60602

Zales
PO Box 6497
Sioux Falls, SD 57117

Sheet Metal Wrks Savings Fund 265
c/o Baum Sigman et al
200 W. Adams, 2200
Chicago, IL 60606

UBM Mechanical Services
165 Easy St
Carol Stream, IL 60188

Zonatherm
251 Holbrook
Wheeling, IL 60090

South Side Control Supply Co
c/o Solomon & Leadley
320 E. Indian Trail
Chicago, IL 60605-1760

Universal Card/Citi
PO Box 6241
Sioux Falls, SD 57117

State Farm Bank
PO Box 2326
Bloomington, IL 61702-2326

UPS Supply Chain Solutions
28013 Network Pl
Chicago, IL 60673

State Farm Bank
PO Box 2316
Bloomington, IL 61702

Von Maur
6565 N. Brody
Davenport, IA 52806

State Farm Financial
PO Box 2326
Bloomington, IL 61702

W L Engler Distributing
c/o Paul F. O'Keefe PC
One E Wacker Dr, 2520
Chicago, IL 60601

Steiner Electric
1250 Touhy Ave
Elk Grove Village, IL 60007

W.L. Engler Distributing, Inc.
1036 N. Throop St
Chicago, IL 60622

TEC/Temp Equip Corp
17725 Voibrecht Rd
Lansing, IL 60438

West Suburban Bank
711 S. Westmore/Meyers Rd
Lombard, IL 60148

The Limited
PO Box 182789
Columbus, OH 43218

West Suburban Bank
711 S. Westmore/Meyers Road
Lombard, IL 60148

The Ohio Casualty Insurance Company
9450 Seward Road
Fairfield, OH 45014

York International Corp
PO Box 905578
Charlotte, NC 28290